MAY 6, 2003

No. 02–1154. CONNECTICUT GENERAL LIFE INSURANCE CO. *v.* INSURANCE COMMISSIONER FOR THE STATE OF MARYLAND. Ct. App. Md. Certiorari dismissed under this Court's Rule 46.1.

No. 02–10519 (02A939). IN RE ISAACS. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Petition for writ of habeas corpus denied. JUSTICE STEVENS and JUSTICE BREYER would grant the application for stay of execution. JUSTICE THOMAS took no part in the consideration or decision of this application and this petition.

No. 02–10539 (02A941). ISAACS *v.* HEAD, WARDEN. Sup. Ct. Ga. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this application and this petition.

MAY 15, 2003

No. 02M98. MCCONNELL, UNITED STATES SENATOR, ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.; and

No. 02M99. FEDERAL ELECTION COMMISSION ET AL. *v.* MC-CONNELL, UNITED STATES SENATOR, ET AL. D. C. D. C. Motions to dispense with printing the District Court's opinions denied. All appellants are directed to file 40 copies of a single appendix prepared in compliance with this Court's Rule 33.1 containing the District Court's opinions, which will serve as an appendix to all jurisdictional statements.